# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2990

_____

BRANDON JAMMAL HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

October 30, 2025

PER CURIAM.

AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; Desiree Veronica Goodfellow, Megan Lynne Long, and Lori A Willner, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.